UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

ROBERT CURRY AND JENNIFER CURRY,

Plaintiff(s),

v.

UNITED STATES OF AMERICA,

Defendant(s).

Case No. 3:25-cv-05093-TSH

**APPLICATION FOR ADMISSION OF ATTORNEY PRO HAC VICE**; ORDER (CIVIL LOCAL RULE 11-3)

I, Paul McConnell, an active member in good standing of the bar of Conneticut, hereby respectfully apply for admission to practice pro hac vice in the Northern District of California representing: Robert and Jennifer Curry in the above-entitled action. My local co-counsel in this case is Peter G. Bertling, an attorney who is a member of the bar of this Court in good standing and who maintains an office within the State of California. Local co-counsel's bar number is: 131602.

638 Prospect Ave. Hartford, CT 06105
MY ADDRESS OF RECORD

21 East Canon Perdido St., Suite 204B, Santa Barbara, CA 93101
LOCAL CO-COUNSEL'S ADDRESS OF RECORD

(833) 358-9467
MY TELEPHONE # OF RECORD

(805) 452-8305
LOCAL CO-COUNSEL'S TELEPHONE # OF RECORD

paul@doctorlawyerteam.com
MY EMAIL ADDRESS OF RECORD

peter@bertlinglawgroup.com
LOCAL CO-COUNSEL'S EMAIL ADDRESS OF RECORD

I am an active member in good standing of a United States Court or of the highest court of another State or the District of Columbia, as indicated above; my bar number is: 434978.

A true and correct copy of a certificate of good standing or equivalent official document from said bar is attached to this application.

I have been granted pro hac vice admission by the Court 0 times in the 12 months preceding this application.

I agree to familiarize myself with, and abide by, the Local Rules of this Court, especially the Standards of Professional Conduct for attorneys and the Alternative Dispute Resolution Local Rules. I declare under penalty of perjury that the foregoing is true and correct.

Dated: July 7, 2025

Paul McConnell
APPLICANT

## ORDER GRANTING APPLICATION
## FOR ADMISSION OF ATTORNEY PRO HAC VICE

IT IS HEREBY ORDERED THAT the application of Paul McConnell is granted, subject to the terms and conditions of Civil L.R. 11-3. All papers filed by the attorney must indicate appearance pro hac vice. Service of papers upon, and communication with, local co-counsel designated in the application will constitute notice to the party.

Dated: November 17, 2025

UNITED STATES ~~DISTRICT~~/MAGISTRATE JUDGE